## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 3rd day of August, 2006, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the party listed below in the manner indicated.

## VIA FIRST CLASS U.S. MAIL

*Southern Linc*
Attn:   President/CEO
2530 Florence Boulevard, Suite C
Florence, AL 35630-2807


_____
Mary E. Augustine (No. 4477)

612627v6